684 A.2d 120

**In re CONDEMNATION BY the DELAWARE RIVER PORT AUTHORITY.**

**Appeal of INTERSTATE OUTDOOR ADVERTISING, INC.**

Supreme Court of Pennsylvania.

Argued Oct. 16, 1996.

Decided Nov. 8, 1996.

Mark A. Lublin, Steven A. Haber, Philadelphia, for Interstate Outdoor Advertising, Inc.

James C. Crumlish, III, Frederick P. Santarelli, Blue Bell, for Delaware River Port Authority.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY and CASTILLE, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIGRO and NEWMAN, JJ., did not participate in the consideration or decision of this case.